Matter of Kiara F. (Lyndsey M.) (2024 NY Slip Op 03945)

Matter of Kiara F. (Lyndsey M.)

2024 NY Slip Op 03945

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, NOWAK, AND DELCONTE, JJ.

407 CAF 22-01977

[*1]IN THE MATTER OF KIARA F. CAYUGA COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; LYNDSEY M., RESPONDENT-APPELLANT. (APPEAL NO. 1.) 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR RESPONDENT-APPELLANT.
LISA A. BOWMAN, PINEHURST, NORTH CAROLINA, FOR PETITIONER-RESPONDENT. 
CYNTHIA B. BRENNAN, AUBURN, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Cayuga County (Jon E. Budelmann, A.J.), dated November 14, 2022, in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated respondent's parental rights with respect to the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Steven S. (Lyndsey M.) ([appeal No. 2] — AD3d — [July 26, 2024] [4th Dept 2024]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court